# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**JERRY LEE HUSKEY, JR., Register No. 268745**

    v.

**MATT BLUNT, et al**

Case Number:  05-4257-CV-C-NKL

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED*

–     that pursuant to 28 U.S.C. § 1915A, plaintiff's claims are dismissed for failure to state a claim for which relief can be granted.


ENTERED ON:  December 15, 2005


<u>December 15, 2005</u>

Date

                PATRICIA L. BRUNE

                *Clerk*

                */s L. Bax*
                *(By) Deputy Clerk*